UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| EMSURGCARE and EMERGENCY SURGICAL ASSISTANT,<br><br>    Plaintiff,<br><br>v.<br><br>AVERY HAGER, UNITED HEALTHCARE – OXFORD, OXFORD HEALTH PLANS, NY INC., and DOES 1-10<br><br>    Defendants. | No. 2:24-cv-02243 AB (PD)<br><br>Hon. André Birotte Jr.<br><br>**JUDGMENT FOR DEFENDANT AVERY HAGER** |
|---|---|

Pursuant to the Court's Orders on Defendant Avery Hager's Motion to Dismiss (Dkt. 26) and Plaintiff Emsurgcare's and Emergency Surgical Assistant's Motion for Reconsideration (Dkt. 34), it is ordered and adjudged as follows:

> Judgment is entered for Avery Hager and against Emsurgcare and Emergency Surgical Assistant on all claims brought by Emsurgcare and Emergency Surgical Assistant against Mr. Hager.

**IT IS SO ORDERED.**

Dated: October 22, 2024

_____
HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT COURT JUDGE